IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOHNNIE LEE BOAN, 43735,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-3437-L** |
| | § | |
| **ROCKWALL COUNTY SHERIFF'S** | § | |
| **OFFICE, *et al.*,** | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Plaintiff Johnnie Lee Boan ("Boan"), who is incarcerated in the Rockwall County Jail, brought this action on December 12, 2011, under 42 U.S.C. § 1983 against the Rockwall County Sheriff's Office and two employees of the Rockwall County Sheriff's Office. The case was referred to Magistrate Judge Paul D. Stickney, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 10, 2012, recommending that Boan's claims be dismissed pursuant to 28 U.S.C. § 1915(e)(2). Boan did not file any objections to the Report, as the court's mail to him was returned as undeliverable.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses** this action **with prejudice** pursuant to 28 U.S.C. § 1915(e)(2).

**It is so ordered** this 25th day of May, 2012.

Sam A. Lindsay
United States District Judge